In the Matter of the Application of EVA ROSENBUSH, Appellant, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Certiorari proceeding to review the determination of the board of standards and appeals of the city of New York denying appellant's application to vacate a revocation of a building permit on the ground that prior to such revocation the appellant had proceeded in accordance with the building permit and had expended substantial sums of money. Order sustaining the determination of the board of standards and appeals and dismissing the proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Summary Proceedings Brought by WESTCHESTER COUNTY SYNDICATE CORPORATION, Landlord-Respondent, v. FRANK G. MENKE, Tenant-Appellant.— Summary proceedings by a landlord for the possession of an apartment in a multiple dwelling house because of the tenant's failure to pay rent for the months of May, June and July, 1936. The defense was a counterclaim based on a claimed constructive eviction owing to noises created by the dog of a tenant in an adjoining apartment. The justice of the peace made a final order awarding the landlord the reserved rent for the three months less ten dollars a month, totaling thirty dollars damages, in default of payment of which possession of the premises was awarded to the landlord. On an appeal to the County Court the order was reversed and a new trial ordered in the Justice Court. The tenant appealed to this court, asserting that the damages were properly based on a claimed constructive eviction. It appeared that the tenant had continued in possession of the premises. Order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

HENRY KAPULSKY, Respondent, v. FRANK STEINER and GUSTAVE STEINER, Appellants.— Action to recover damages for personal injuries suffered by the plaintiff, a pedestrian, as a consequence of being struck by an automobile driven by defendant Gustave. Steiner and owned by defendant Frank Steiner; the accident occurring at an intersection. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.